UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DBW INVESTMENTS, LLC et al.,

                               Plaintiffs,                        **21-CV-08103 (VSB) (VF)**

         -against-                         **ORDER RESETTING**
                                                                        **DISCOVERY DEADLINES**
VNUE, Inc.,

                                Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

Discovery deadlines in the above-captioned action are hereby reset as follows:

| Event | Deadline |
|---|---|
| Document Productions | July 11, 2022 |
| Fact Witness Depositions | August 31, 2022 |
| Expert Discovery | September 30, 2022 |
| All Discovery | October 14, 2022 |

**SO ORDERED.**

DATED:     New York, New York
               June 27, 2022

                                                           _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge