```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GOLOCK CAPITAL, LCC and DBW             :   21cv8103 (DLC)
INVESTMENTS, LLC,                       :
                                        :        ORDER
                        Plaintiffs,     :
            -v-                         :
                                        :
VNUE, INC.,                             :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On May 24, 2022, the above captioned case was referred to Magistrate Judge Valerie Figueredo for general pretrial purposes. It is hereby

    ORDERED that the general pretrial referral is vacated.

Dated:   New York, New York
           August 26, 2022

                                        DENISE COTE
                            United States District Judge