```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW           :
INVESTMENTS, LLC,                     :       ORDER
                                      :
                         Plaintiffs,  :
              -v-                     :
                                      :
VNUE, INC.,                           :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On December 2, 2021, the plaintiffs filed a First Amended Complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. On August 17, 2022, this case was transferred to this Court's docket. Pursuant to this Court's Individual Practices, it is hereby

ORDERED that the plaintiffs shall, by **September 9, 2022,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

Dated:   New York, New York
         August 26, 2022

                                         _____
                                         DENISE COTE
                                         United States District Judge