```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :        21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW            :
INVESTMENTS, LLC,                      :              ORDER
                                       :
                      Plaintiffs,      :
           -v-                         :
                                       :
VNUE, INC.,                            :
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On September 2, 2022, the plaintiffs filed a letter requesting an informal conference to resolve a discovery dispute.  On September 8, the defendant filed a responsive letter.  Accordingly, it is hereby

ORDERED that a conference will be held on **September 30, 2022 at 10:00 A.M.**  The conference shall be held in Courtroom 18B, 500 Pearl Street, New York NY 10007.

Dated:    New York, New York
          September 9, 2022

_____
DENISE COTE
United States District Judge