```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW               :
INVESTMENTS, LLC,                         :        ORDER
                                          :
                     Plaintiffs,          :
              -v-                         :
                                          :
VNUE, INC.,                               :
                                          :
                     Defendant.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 1, 2022, the defendant filed the first amended answer and counterclaims. On September 23, the plaintiffs moved to dismiss defendant's counterclaims. It is hereby

ORDERED that the defendant shall file any opposition to the motion to dismiss by **October 21, 2022**. The plaintiffs' reply, if any, shall be filed by **November 4, 2022**. At the time any reply is filed, the moving parties shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          September 26, 2022

                                     _____
                                           DENISE COTE
                                     United States District Judge