```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW              :
INVESTMENTS, LLC,                        :
                                         :
                      Plaintiffs,        :
              -v-                        :
                                         :
VNUE, INC.,                              :
                                         :
                      Defendant.         :    ORDER
                                         :
---------------------------------------- X
                                         :
VNUE, INC.,                              :
                                         :
              Counterclaim Plaintiff,    :
                                         :
              -v-                        :
                                         :
GOLOCK CAPITAL, LLC, DBW INVESTMENTS,    :
LLC, CROSSOVER CAPITAL FUND II, LLC,     :
DAVID WHITLOCK, KENNETH LUSTIG, and      :
CHIRSTOPHER GOROG,                       :
                                         :
              Counterclaim Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    On September 30, 2022, this Court held a pretrial conference.  It is hereby

    ORDERED that for the reasons stated on the record at the September 30, 2022 pretrial conference, the defendant shall cooperate fully with the plaintiffs on the issue of the missing cell phone and text messages.

IT IS FURTHER ORDERED that by **October 7, 2022,** the parties shall contact the Chambers of Magistrate Judge Valerie Figueredo to schedule a settlement conference to occur in November 2022.

IT IS FURTHER ORDERED that the pretrial conference scheduled for October 28, 2022 is cancelled.

IT IS FURTHER ORDERED that the parties need not submit a status letter to the Court on October 7, 2022.

Dated:   New York, New York
         September 30, 2022

                              _____
                                       DENISE COTE
                              United States District Judge