UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DBW INVESTMENTS, LLC et al.,

                        Plaintiffs,                  **21-CV-08103 (DLC)**

      -against-                  **ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

VNUE, INC.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Monday, October 17, 2022 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335]**.

    **SO ORDERED.**

DATED:    New York, New York
                October 4, 2022

                                                              _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge