```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW               :
INVESTMENTS, LLC,                         :         ORDER
                                          :
                    Plaintiffs,           :
            -v-                           :
                                          :
VNUE, INC.,                               :
                                          :
                    Defendant.            :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

On November 11, 2022, the plaintiffs filed a letter requesting an informal conference to resolve a discovery dispute. Accordingly, it is hereby

ORDERED that a conference will be held on **November 16, 2022** at **11:00 A.M.** The conference shall be held in Courtroom 18B, 500 Pearl Street, New York NY 10007.

Dated:   New York, New York
         November 14, 2022

                                    _____
                                             DENISE COTE
                                    United States District Judge