```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW              :
INVESTMENTS, LLC,                        :
                                         :
                        Plaintiffs,      :
                -v-                      :
                                         :
VNUE, INC.,                              :
                                         :
                        Defendant.       :    ORDER
                                         :
---------------------------------------- X
                                         :
VNUE, INC.,                              :
                                         :
                Counterclaim Plaintiff,  :
                                         :
                -v-                      :
                                         :
GOLOCK CAPITAL, LLC, DBW INVESTMENTS,    :
LLC, CROSSOVER CAPITAL FUND II, LLC,     :
DAVID WHITLOCK, KENNETH LUSTIG, and      :
CHIRSTOPHER GOROG,                       :
                                         :
                Counterclaim Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 21, 2022, a discovery conference was held. For the reasons stated on the record at the November 21 conference, it is hereby

ORDERED that by **November 29, 2022,** the defendant shall produce appropriate documentation regarding the replacement phone.

IT IS FURTHER ORDERED that by **December 9, 2022,** the defendant's counsel shall produce text messages on the replacement phone and text messages from other employees' phones.

IT IS FURTHER ORDERED that all fact discovery shall be completed by **February 3, 2023.**

Dated: New York, New York
November 22, 2022

                                      DENISE COTE
                            United States District Judge