```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW              :
INVESTMENTS, LLC,                        :         ORDER
                                         :
                   Plaintiffs,           :
              -v-                        :
                                         :
VNUE, INC.,                              :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 13, 2022, the defendant moved for partial summary judgment. It is hereby

ORDERED that the plaintiffs shall file any opposition to the motion for partial summary judgment by **January 13, 2023.** The defendant's reply, if any, shall be filed by **January 27, 2023.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          December 13, 2022

                              _____
                                       DENISE COTE
                              United States District Judge