UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW              :
INVESTMENTS, LLC,                        :   ORDER
                                         :
                          Plaintiffs,    :
            -v-                          :
                                         :
VNUE, INC.,                              :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

　　It is hereby

　　ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Valerie Figueredo prior to **March 10, 2023** in order to schedule settlement discussions under her supervision to occur in **March or April 2023**.

Dated:   New York, New York
         March 8, 2023

                              _____
                                      DENISE COTE
                              United States District Judge