```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW               :
INVESTMENTS, LLC,                         :        ORDER
                                          :
                        Plaintiffs,       :
            -v-                           :
                                          :
VNUE, INC.,                               :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received on March 8, 2023 the defendant's motion for reconsideration, it is hereby

ORDERED that the plaintiffs need not respond to the motion for reconsideration unless ordered by the Court to do so.

Dated:   New York, New York
         March 8, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge