```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW          :
INVESTMENTS, LLC,                    :         ORDER
                                     :
                      Plaintiffs,    :
            -v-                      :
                                     :
VNUE, INC.,                          :
                                     :
                      Defendant.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

A Pretrial Scheduling Order of March 1, 2023 set the schedule for this non-jury trial. The Joint Pretrial Order and its accompanying documents are due on May 5, the final pretrial conference will be held on May 18, and the trial will begin on May 22. On April 27, the defendant moved for summary judgment. It is hereby

ORDERED that, given the trial schedule, the defendant's April 27 motion will be considered as the defendant's memorandum of law, which is due on May 5.

IT IS FURTHER ORDERED that any arguments by the plaintiffs against the defendant's April 27 motion shall be included in the plaintiffs' memorandum of law, which is also due on May 5.

Dated:   New York, New York
         April 27, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge