Law Offices of
# DANIEL S. STEINBERG P.C.

Attorneys at Law

355 Lexington Avenue, Suite 401          14 Donellan Road

New York, NY 10017          Scarsdale, NY 10583

212.666.3316

Daniel S. Steinberg
*daniel@dsteinberglaw.com*

May 4, 2023

Granted.

**VIA CM/ECF**

5/5/23

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18B
New York, NY 10007

DENISE COTE
United States District Judge

Re:     **DBW Investments, LLC, et ano. v. VNUE, Inc.**
        **Case No. 21-cv-8103 (DLC)**
        **Letter Motion to Extend the time in which to File the Joint Pretrial**
        **Order, Required Pretrial Filings, and Additional Submissions**

Dear Judge Cote:

We represent plaintiffs Golock Capital, LLC and DBW Investments, LLC in the referenced action and write to request a short extension to May 9, 2023 of the time in which to file the joint pretrial order, required pretrial filings, and additional submissions. The submissions currently are due tomorrow, May 5, 2023, in accordance with to the Pretrial Scheduling Order issued on March 1, 2023 (Dkt. No. 101).

Earlier this afternoon before submitting this letter motion, I sent an email to counsel for defendant regarding the extension. Defendant's counsel has yet to respond.

Respectfully,

Daniel S. Steinberg

cc: Gustave P. Passanante, Esq. (via CM/ECF)