```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW               :
INVESTMENTS, LLC,                         :   ORDER
                                          :
                    Plaintiffs,           :
              -v-                         :
                                          :
VNUE, INC.,                               :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The bench trial in this action is scheduled to begin on May 22, 2023. The Joint Pretrial Order and its accompanying documents were due on May 9. It is hereby

ORDERED that the defendant shall provide the Court with the affidavit constituting the direct testimony of the defendant's expert witness Dr. Scott D. Hakala by **May 15, 2023 at 12:00 P.M.**

IT IS FURTHER ORDERED that counsel shall provide the Court with one (1) electronic set of all exhibits, one (1) hardcopy of key exhibits, and two (2) courtesy copies of all other documents submitted with the Joint Pretrial Order by **May 15, 2023 at 12:00 P.M.** Counsel shall send the electronic versions to the Court's Chambers email: Cotenysdchambers@nysd.uscourts.gov.

Dated:   New York, New York
         May 12, 2023

                                        _____
                                            DENISE COTE
                                        United States District Judge