```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW                :
INVESTMENTS, LLC,                          :   ORDER
                                           :
                        Plaintiffs,        :
            -v-                            :
                                           :
VNUE, INC.,                                :
                                           :
                        Defendant.         :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of June 1, 2023 held that the plaintiffs are entitled to judgment on their breach of contract claims and to reasonable attorneys' fees. It is hereby

ORDERED that by **June 9, 2023**, the plaintiffs shall file a proposed judgment. Any objection to the calculations or form of the proposed judgment are due **June 14, 2023**.

IT IS FURTHER ORDERED that the plaintiffs' brief seeking reimbursement for reasonable attorneys' fees shall be filed by **June 16, 2023**. Any opposition shall be filed by **June 23, 2023**. A reply, if any, shall be filed by **June 30, 2023**. At the time any reply is filed, the moving parties shall supply Chambers

with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
June 1, 2023

_____
DENISE COTE
United States District Judge

2