```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW              :
INVESTMENTS, LLC,                        :   JUDGMENT
                                         :
                       Plaintiffs,       :
             -v-                         :
                                         :
VNUE, INC.,                              :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

This action having been tried before the Court without a jury on May 23, 2023, and an Opinion of June 1, 2023 having held that the plaintiffs are entitled to a judgment against the defendant, it is hereby

ORDERED, ADJUDGED AND DECREED, that plaintiff GOLOCK CAPITAL, LLC recover of defendant VNUE, INC., the following:

1. As to Golock Note 1, principal, interest, and default interest through May 22, 2023, totaling $249,060.60;

2. As to Golock Note 2, principal, interest, and default interest through May 22, 2023, totaling $112,698.01;

3. As to Golock Note 3, principal, interest, and default interest through May 22, 2023, totaling $47,320.10;

4. As to Golock Note 4, principal, interest, and default interest through May 22, 2023, totaling $91,706.77; and

    5.    As to Golock Note 5, principal, interest, and default interest through May 22, 2023, totaling $90,545.81;

for a total through May 22, 2023 on the five Golock Notes of $591,331.29, plus accruing default interest to the date of judgment at nineteen (19%) percent on the first four Golock Notes in the amount of $3,742.75 ($149.71 per day), and at twenty-two (22%) percent on Golock Note 5 in the amount of $803.50 ($32.14 per day), for a total on the five Golock Notes of $595,877.54; and

As to the Common Stock Purchase Warrant for 12,833,333 shares pursuant to the Second Amendment, the sum of $516,541.65, plus interest from March 2, 2021 through May 22, 2023, at nine (9%) percent, see NY CPLR 5004, in the amount of $103,294.18 (811 days at $127.37 per day), plus interest in the amount of $3,184.25 ($127.37 per day) to the date of judgment, for a total of $623,020.08;

Making in total a judgment of $1,218,897.62 in favor of plaintiff GOLOCK CAPITAL, LLC and against defendant VNUE, INC;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that plaintiff DBW INVESTMENTS, LLC recover of defendant VNUE, INC., the following:

    1.    As to DBW Note 1, principal, interest, and default interest through May 22, 2023, totaling $48,251.16; and

2.  As to DBW Note 2, principal, interest, and default interest through May 22, 2023, totaling $79,823.75; for a total through May 22, 2023 on the two DBW Notes of $128,074.91, plus accruing default interest to the date of judgment at nineteen (19%) percent on the two DBW Notes in the amount of $952.75 ($38.11 per day), for a total on the two DBW Notes of $129,027.66; and

As to the Common Stock Purchase Warrant for 2,866.986 shares pursuant to the Second Amendment, the sum of $115,396.19, plus interest from March 2, 2021 through May 22, 2023, at nine (9%) percent, see NY CPLR 5004, in the amount of $23,076.08 (811 days at $28.45 per day), plus interest in the amount of $711.25 ($28.45 per day) to the date of judgment, for a total of $139,183.52;

Making in total a judgment of $268,211.18 in favor of plaintiff DBW INVESTMENTS, LLC and against defendant VNUE, INC;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that plaintiffs' claim of unjust enrichment is denied as duplicative.

Dated:  New York, New York
        June 16, 2023

_____
DENISE COTE
United States District Judge