```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW              :
INVESTMENTS, LLC,                        :
                                         :         ORDER
                            Plaintiffs,  :
                -v-                      :
                                         :
VNUE, INC.,                              :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

On June 16, 2023, the plaintiffs submitted declarations in support of their request for attorneys' fees and costs. The declaration of David Whitlock lists expenses incurred for his travel to New York City to attend the settlement conferences and trial in this action and states that the sum of the listed expenses is $2,171.38. That sum is incorrect. The correct total of Whitlock's travel expenses is $1,740.02. It is hereby

ORDERED that Whitlock's travel expenses to New York City will be reimbursed in the amount of $1,740.02.

Dated:   New York, New York
         July 5, 2023

                                              _____
                                                    DENISE COTE
                                              United States District Judge