```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW           :
INVESTMENTS, LLC,                     :
                                      :        AMENDED
                          Plaintiffs, :        JUDGMENT
              -v-                     :
                                      :
VNUE, INC.,                           :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

Following a bench trial held on May 23, 2023, judgment was entered on June 16, 2023 for plaintiff Golock Capital, LLC in the amount of $1,218,897.62 and for plaintiff DBW Investments, LLC in the amount of $268,211.18. The plaintiffs have submitted declarations in support of their request for attorneys' fees and costs. The defendant has not opposed the plaintiffs' request. It is hereby

ORDERED, ADJUDGED AND DECREED, that plaintiffs GOLOCK CAPITAL, LLC and DBW INVESTMENTS, LLC shall jointly recover of defendant VNUE, INC., the sum of $223,328.20 for their attorneys' fees and costs in addition to the sums awarded in the Judgment of June 16, 2023.

Dated:   New York, New York
         July 5, 2023

                                        _____
                                            DENISE COTE
                                        United States District Judge