```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    21cv8103 (DLC)
GOLOCK CAPITAL, LLC and DBW          :
INVESTMENTS, LLC,                    :         ORDER
                                     :
                Plaintiffs,          :
          -v-                        :
                                     :
VNUE, INC.,                          :
                                     :
                Defendant.           :
                                     :
------------------------------------ X
```

Judgment having been entered for the plaintiffs on June 16, 2023 on their breach of contract claims and judgment having been entered for the plaintiffs on July 5, 2023 on their request for attorneys' fees, it is hereby

ORDERED that the Clerk of Court is directed to close this case.

Dated:   New York, New York
         July 5, 2023

                                                   DENISE COTE
                                  United States District Judge